Dismissed and Memorandum Opinion filed July 14, 2005









Dismissed and Memorandum Opinion filed July 14, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00487-CV

____________

 

PINEOAK
BUILDERS, INC., Appellant

 

V.

 

GREAT AMERICAN
LLOYDS INSURANCE COMPANY and MID-CONTINENTAL CASUALTY COMPANY, Appellees

 



 

On Appeal from the 234th District
Court

Harris County,
Texas

Trial Court Cause No.
03-56367

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed February 10,
2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On June 10, 2005, notification was transmitted to all parties
of the court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P. 37.3(b).  Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 14, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.